490

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH LYNCH, Appellant. [879 NYS2d 715]—Judgment, Supreme Court, New York County (Michael Corriero, J.), rendered on or about December 16, 2005, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Buckley, McGuire, Moskowitz and Acosta, JJ.

■ CRISTOBAL ABREU, Respondent, v JOHN J. DOHERTY, as Commissioner of the Department of Sanitation of the City of New York, et al., Appellants. [879 NYS2d 712]—

Order, Supreme Court, New York County (Judith J. Gische, J.), entered December 24, 2007, which granted the petition to annul respondent Department of Sanitation's determination terminating petitioner's employment to the extent of remanding the matter for consideration of a lesser penalty, unanimously reversed, on the law, without costs, the petition denied and the proceeding dismissed.

Petitioner failed to demonstrate that respondent's determination to terminate his probationary employment was made in bad faith (*see Matter of Johnson v Katz*, 68 NY2d 649 [1986]; *Matter of Soto v Koehler*, 171 AD2d 567, 568 [1991], *lv denied* 78 NY2d 855 [1991]). The record establishes that on two occasions petitioner failed to timely notify respondent that he would be either late or absent due to illness, as required by respondent's rules governing probationary employees, and nothing in the record suggests that respondent's rejection of his explanations for these failures was irrational (*see Matter of Hughes v Doherty*, 5 NY3d 100, 107 [2005]). Concur—Saxe, J.P., Buckley, McGuire, Moskowitz and Acosta, JJ. [*See* 2007 NY Slip Op 34185(U).]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS AUSTIN, Appellant. [879 NYS2d 804]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about December 18, 2006, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Buckley, McGuire, Moskowitz and Acosta, JJ. [*See* 14 Misc 3d 295.]